FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2021

No. 04-21-00087-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY** and Post Oak Clean Green, Inc.,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSIDERATION DISTRICT**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1245-CV-C
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The briefs of appellants Texas Commission on Environmental Quality and Post Oak Clean Green, Inc. are currently due on April 14, 2021. On April 6, 2021, Texas Commission on Environmental Quality filed a motion requesting an extension of time to file both appellants' briefs until May 19, 2021. After consideration, we **GRANT** the motion and **ORDER** appellants Texas Commission on Environmental Quality and Post Oak Clean Green, Inc. to file their briefs **by May 19, 2021.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court